882

*Fred S. LeBlanc,* Attorney General of Louisiana, *W. C. Perrault,* First Assistant Attorney General, *J. Clyde Pearce,* Assistant Attorney General, *Fred A. Blanche, Sr., Arthur O'Quin, Leander H. Perez, C. V. Porter, Victor A. Sachse, Grove Stafford, Oliver Stockwell, Wood H. Thompson, John H. Tucker, Jr., W. Scott Wilkinson* and *Laurance W. Brooks* for respondents.

No. 228. MAZER ET AL., DOING BUSINESS AS JUNE LAMP MANUFACTURING CO., *v.* STEIN ET AL., DOING BUSINESS AS REGLOR OF CALIFORNIA. Certiorari, *ante,* p. 811, to the United States Court of Appeals for the Fourth Circuit. The application of the Solicitor General for leave to appear and present oral argument on behalf of the Register of Copyrights, as *amicus curiae,* is granted.

No. 338. HIGHTOWER *v.* ILLINOIS. The application of petitioner to withhold the order denying certiorari, *ante,* p. 875, pending filing of petition for rehearing is denied.

No. 407. GALVAN *v.* PRESS, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE. Certiorari, *ante,* p. 812, to the United States Court of Appeals for the Ninth Circuit. The application for bail is granted and it is ordered that petitioner be admitted to bail upon the posting of a good and sufficient surety bond in the amount of two thousand ($2,000) dollars. The bond is to be approved by the United States District Court for the Southern District of California or a judge thereof and when approved to be filed with the clerk of that court. The application for leave to proceed on the typewritten record is granted.

No. 5, Original, October Term, 1950. NEW JERSEY *v.* NEW YORK ET AL., *ante,* p. 853. The applications of New

Jersey and Pennsylvania for an extension of time within which to answer the amended petition of the City of New York are granted and the time is extended to and including December 14, next. *Theodore D. Parsons,* Attorney General, and *Robert Peacock,* Deputy Attorney General, for the State of New Jersey. *Frank F. Truscott,* Attorney General, and *Wm. A. Schnader* for the State of Pennsylvania.

No. 272. BOOK-OF-THE-MONTH CLUB, INC. ET AL. *v.* FEDERAL TRADE COMMISSION. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed on motion of petitioners. *George M. Wolfson* for petitioners.

No. 114, Misc. HENDERSON *v.* BANNAN, WARDEN. Recorder's Court of the City of Detroit, Michigan. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 158, Misc. TAYLOR *v.* SWOPE, WARDEN. C. A. 9th Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 138, Misc. TAYLOR *v.* UNITED STATES BOARD OF PAROLE. Motion for leave to file petition for writ of mandamus denied.

No. 151, Misc. LEVY *v.* CALIFORNIA. Application denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 152, Misc. TAYLOR *v.* UNITED STATES BOARD OF PAROLE. Motion for leave to file petition for writ of quo warranto denied.